**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Michael J. Nocera dba Firemark Specialties, aka Michael Nocera** | **BK NO. 08-52986 JJT** |
| **Debtor(s)** | **Chapter 13** |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of DITECH FINANCIAL LLC and index same on the master mailing list.

                                    Respectfully submitted,

                                    **/s/ James C. Warmbrodt, Esquire**
                                    James C. Warmbrodt, Esquire
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106
                                    412-430-3594