**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

June 1, 2018

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

   In Re:  Michael J. Nocera
        Chapter 13, Case No. 5-08-52986

Dear Sir/Madam:

 I have received returned mail for **Sherrard, German & Kelly**, a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to was: 28th Flr. Two PNC Plaza Pittsburgh, PA 15222. Please be advised the correct information is as follows:

      **SHERRARD, GERMAN & KELLY PC**
      **535 SMITHFIELD ST. #300**
      **PITTSBURGH, PA 15222**

I served the Ordewr of Discharge at the above address on June1, 2018. Please correct the mailing matrix.

 Thank you for assistance in this matter.

      Very truly yours,

      /s/ Tullio DeLuca, Esquire

TD/th