# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

June 8, 2018

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

**In Re:**      **Michael J. Nocera**
**Chapter 13, Case No. 5-08-52986**

Dear Sir/Madam:

I have received returned mail for **IDEARC Media Corp**, a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to was: P O Box 987 Lanham, Md, 20703-0987. Please be advised the correct information is as follows:

**IDEARC MEDIA CORP.**
**2200 W AIRFIELD DR.**
**DALLAS, TX 75261-4008**

I served the Order of Discharge at the above address on June 8, 2018. Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/th